**Order filed November 10, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00319-CV

———————

### GENEVA COLBERT, Appellant

### V.

### ORCHARD PARK AT WILLBROOK, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1058305**

## O R D E R

Appellant's brief was due November 2, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 1, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM